**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **EDCV22-868 JFW(SPx)**                               Date: November 14, 2022

Title:      Dwayne Reed vs. RPM Expedite USA, LLC, et al.

---

**PRESENT:**
   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                              **None Present**
   **Courtroom Deputy**                           **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                               None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**


In the Court's Scheduling and Case Management Order ("CMO"), the Court set October 24, 2022 as the last day to conduct a Settlement Conference, and October 28, 2022 as the last day to file a Joint Report Re: Results of Settlement Conference.  The parties have violated the Court's CMO by failing to file a Joint Report Re: Results of Settlement Conference on or before October 28, 2022, and by failing to complete the Settlement Conference by the Court ordered deadline of October 24, 2022

Accordingly, the parties are ordered to show cause in writing by **November 18, 2022** why the Court should not impose sanctions in the amount of $1,500.00 against lead counsel for each of the parties for their violation of the Court's CMO.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions and dismissal of this action.

IT IS SO ORDERED.

Initials of Deputy Clerk   _sr_